# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Vaughn Cooper, et al.

                                          Plaintiff,

v.                                                      Case No.: 1:10–cv–06152
                                                     Honorable John J. Tharp Jr.

Bridgestone / Firestone North America Tire, LLC, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 22, 2013:

      MINUTE entry before Honorable John J. Tharp, Jr: Upon the parties stipulation of dismissal and pursuant to FRCP 41(a)(1)(A)(ii), this case is terminated. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.